IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 96-30838
Summary Calendar

_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

TERRY W. CRYAR,

Defendant-Appellant.

- - - - - - - - - -
Appeal from the United States District Court
for the Western District of Louisiana
USDC No. 95-CR-20090
- - - - - - - - - -
June 26, 1997

Before WISDOM, KING, and SMITH, Circuit Judges.

PER CURIAM:[*]

Terry W. Cryar appeals his jury conviction for receiving a child pornography videotape through the mail and theft of United States property. Cryar alleges that the evidence was insufficient to prove that he was predisposed, independent of the Government's acts, to violate the law by receiving child pornography though the mails or to prove that he intended to steal government property. Cryar further alleges that the

_____

[*] Pursuant to 5th Cir. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5th Cir. R. 47.5.4.

district court abused its discretion in admitting certain extrinsic evidence.

Our review of the record and the arguments and authorities convince us that no reversible error was committed.  The convictions do not result in a manifest miscarriage of justice. United States v. Inocencio, 40 F.3d 716, 724 (5th Cir. 1994); United States v. Byrd, 31 F.3d 1329, 1334-35 (5th Cir. 1994). It was not an abuse of discretion for the district court to allow the extrinsic evidence.  Byrd, 31 F.3d at 1336-37.

AFFIRMED.